**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **JANE DOE, A MINOR, BY AND THROUGH HER PARENTS AND NEXT FRIENDS, JOHN DOE AND MARY DOE,** | ) | **CASE: 3:25-CV-00593-MEO-DCK** |
| **PLAINTIFF,** | ) | **JOINT MOTION TO APPROVE CONFIDENTIAL MINOR SETTLEMENT** |
| **VS.** | ) | |
| **AMERICAN AIRLINES, INC., AND DOES 1-10,** | ) | |
| **DEFENDANTS.** | ) | |

Plaintiffs John and Mary Doe, as the natural parents and legal guardians of Jane Doe, a minor ("Plaintiffs"), and Defendant American Airlines, Inc. ("American Airlines"), jointly move the Court to approve the terms and conditions of a proposed confidential settlement of all claims Plaintiffs asserted against Defendant. Plaintiffs and American Airlines will provide the Court with a copy of a fully executed Confidential Mutual Settlement Agreement and Release of All Claims ("Confidential Settlement Agreement") at the hearing, along with other related documents which effectuate the terms of the parties' confidential settlement. However, to preserve confidentiality, the Parties request that any documents submitted to the Court prior to, during, or following the hearing as well as statements of counsel made during the hearing be kept under seal pursuant to Local Rule 6.1

Plaintiffs John and Mary Doe, Jane Doe's natural parents, have fully and carefully considered this settlement offer and are of the opinion that under the circumstances, this offer of

settlement is reasonable and proper and in the best interests of the minor-plaintiff and adequately protects the minor-plaintiff's interests.

**WHEREFORE**, Plaintiff and Defendant American Airlines seek the Court's approval of the Confidential Settlement Agreement entered into between Plaintiffs and American Airlines.

Respectfully submitted this the 19th day of October, 2026.


*/s/ R. Michael Chandler*
R. Michael Chandler, Esq.
CHANDLER VOLTA, P.A.
NC State Bar No: 26550
1009 East Boulevard, Ste 101
Charlotte, North Carolina 28203
michael@cvinjurylaw.com
704-980-9999

Michael J. Greene, Esq.
GOODMAN, CARR, LAUGHREN, GREENE & HEROY PLLC
301 S. McDowell Street, Suite 602
Charlotte, North Carolina 28204
mgreene@goodmancarr.net

Paul T. Llewellyn, Esq. (*pro hac vice*)
Erin Reding, Esq. (*pro hac vice*)
LEWIS & LLEWELLYN LLP
601 Montgomery Street
Suite 2000
San Francisco, California 94111
pllewellyn@lewisllewellyn.com
ereding@lewisllewellyn.com

*Attorney for Plaintiffs*

*/s/William M. Starr*
William M. Starr, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
NC State Bar No.: 31813
101 S Tryon St, Suite 3600
Charlotte, North Carolina 28280
bstarr@bakerdonelson.com
(980) 256-6293

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **JOINT MOTION TO APPROVE CONFIDENTIAL MINOR SETTLEMENT** on all of the parties to this cause by:

☒ Electronic filing and service through the Court's E-Filing system to the party or attorney for each party as follows:

☐ Serving upon the parties in this action by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

William M. Starr
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
101 S. Tryon Street, Suite 3600
Charlotte, NC 28280
(980) 256-6300
bstarr@bakerdonelson.com

*Counsel for American Airlines, Inc.*

This the 19th day of October, 2026

*/s/ R. Michael Chandler*
R. Michael Chandler
CHANDLER VOLTA, P.A
NC State Bar No: 26550
1009 East Boulevard, Ste 101
Charlotte, North Carolina 28203
michael@cvinjurylaw.com
704-980-9999 (Tel.)